**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**YAUHENI DZEHTSIAROU,**

        **Petitioner,**

    **v.**

**MARKWAYNE MULLIN,** *et al.***,**

        **Respondents.**

**CIVIL ACTION NO.  26-5060**

## ORDER

**AND NOW,** this 21st day of July 2026, it is hereby **ORDERED** as follows:

1. Respondents are ordered to **SHOW CAUSE** why the Petition for Writ of Habeas Corpus should not be granted by **July 24, 2026 at 4:00 p.m**.

2. The Clerk of Court is directed to make service upon the U.S. Attorney's Office. The Clerk shall provide the U.S. Attorney's Office with an acceptance of service form, the Petition for Writ of Habeas Corpus, and a copy of this Order.

3. This matter shall be heard by the Honorable Cynthia M. Rufe on **July 28, 2026 at 11:00 a.m.** in Courtroom 12A of the United States District Court, 601 Market Street, Philadelphia, PA, 19106.

4. Because Petitioner is in Respondents' custody, Respondents **SHALL** ensure Petitioner's presence at the hearing.

5. Respondents shall not deport or transfer Petitioner from this Court's jurisdiction prior to the hearing. Respondents may release Petitioner from detention.

It is so **ORDERED.**

        **BY THE COURT:**

        **/s/ Cynthia M. Rufe**

        **CYNTHIA M. RUFE, J.**